UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| Plaintiff,  ) | |
| ) | No. 1:16-cr-250 |
| v.  ) | |
| ) | Honorable Paul L. Maloney |
| JUSTIN MICHAEL WALLING,  ) | |
| Defendant.  ) | |
| ) | |

## JUDGMENT

This Court has resolved all pending claims in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  October 22, 2021                              /s/ Paul L. Maloney
                                                                   Paul L. Maloney
                                                                   United States District Judge